## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICIA A. SHEETZ, <u>et al.</u>,** | : | |
| **Plaintiffs** | : | **No. 4:15-cv-02210** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **WAL-MART STORES, EAST, L.P.,** | : | |
| **Defendant** | : | |

## <u>ORDER</u>

**AND NOW**, on this 22nd day of November 2017, in accordance with the Memorandum filed concurrently with this Order, **IT IS ORDERED THAT** Defendant Wal-Mart Stores, East, L.P.'s motion <u>in</u> <u>limine</u> to exclude the testimony of Dr. Ronald DiSimone at trial pursuant to Federal Rule of Civil Procedure 37(c)(1) (Doc. No. 72), is **DENIED**. **IT IS FURTHER ORDERED THAT**, based upon the representation of Defendant that Plaintiffs Patricia A. Sheetz and Richard H. Sheetz Jr. have not disclosed the testimonial history of Dr. DiSimone in accordance with Federal Rule of Civil Procedure 26(a)(2)(B) (Doc. No. 72 at 12), Plaintiffs are directed to produce Dr. DiSimone's testimonial history within fourteen (14) days from the date of this Order.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania